# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYSHEED JEFFERSON,** | : | **CIVIL ACTION NO. 3:23-CV-439** |
| Petitioner | : | (Judge Neary) |
| v. | : | |
| **WARDEN OF USP-ALLENWOOD,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 27th day of March, 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

/S/ Keli M. Neary
Keli M. Neary
United States District Judge
Middle District of Pennsylvania